Bettyann L. TALLEY, Plaintiff—
Appellee,

v.

Nancy D. JONAS, Defendant—
Appellant.

No. 04–2041.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 10, 2004.

Decided Nov. 22, 2004.

Nancy D. Jonas, Appellant pro se. Bettyann L. Talley, Appellee pro se.

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nancy D. Jonas appeals the district court's order denying her motion for clarification. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Talley v. Jonas,* No. CA–00–612–9–8 (D.S.C. July 13, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*